**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| WILLIE DOUGLAS KING, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CV-47 (LAG) |
| | : | |
| ROBIN S. WALTERS, POSTMASTER, | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| THOMASVILLE, GEORGIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Parties' Notice of Settlement. (Doc. 4). Therein, Parties represent that "they have reached an agreement in principle that fully resolves the instant civil action" and that written settlement agreement is anticipated to be completed within sixty (60) days. (*Id.*). Accordingly, the Court **DIRECTS** the Clerk of Court to administratively close this case. The Parties are **ORDERED** to file a stipulation of dismissal or move to reopen this case within **sixty (60) days** of this Order.

**SO ORDERED**, this 21st day of April, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**